**Fill in this information to identify the case:**

Debtor 1 _JOSE M. MEDINA_

Debtor 2 _OLIVIA B. MEDINA_
(Spouse, if filing)

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_
(State)

Case number _12-28610_

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
| --- | --- |

Name of creditor: _BRENDAN FINANCIAL, INC_          Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: _0479_

Property address: _921 MEDINAH STREET_
                    Number    Street

_BENSENVILLE, IL 60106_
City                    State    ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _09/15/2017_
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)  $ _____

c. **Total.** Add lines a and b.                                        (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / _____
                                                                        MM / DD / YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Debtor 1    JOSE   M.   MEDINA                              Case number (if known)  12 - 28610
           First Name    Middle Name    Last Name

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

✗  _Scott R. Barfuss_                          Date  8/15/2017
   Signature

Print   Scott        R.       Barfuss              Title   Attorney
        First Name    Middle Name    Last Name

Company

If different from the notice address listed on the proof of claim to which this response applies:

Address   24       EAST AVENUE
          Number        Street

          RIVERSIDE,    IL    60546
          City          State    ZIP Code

Contact phone  (708) 788 - 4870              Email   sbarfuss@lawinf.com

Form 4100R                   Response to Notice of Final Cure Payment                 page 2